UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA, STATE OF FLORIDA, and STATE OF MINNESOTA, *ex rel.,* LISA LOSCALZO,

   Plaintiffs,

v.          Case No: 2:20-cv-295-SPC-NPM

BLUESTONE PHYSICIAN SERVICES OF FLORIDA, LLC, BLUESTONE PHYSICIAN SERVICES, P.A., BLUESTONE NATIONAL, LLC, TIMOTHY KOEHLER, SARAH KEENAN, TODD STIVLAND, ALL MINNESOTA RESIDENTS, WINDROSE HEALTH INVESTORS, LLC, WINDROSE MEDICAL PROPERTIES LP, THE BLUEVENTURE FUND, AND SANDBOX INDUSTRIES,

   Defendants.
_____/

## **ORDER**

  Before the Court is the United States of America's Notice of Election to Intervene, In Part, for Purposes of Settlement and to Decline to Intervene, In Part. (Doc. 34).

1

Under 31 U.S.C. § 3730(b), the United States seeks to intervene against Defendants Bluestone Physician Services of Florida, LLC, Bluestone Physician Services, P.A., and Bluestone National, LLC (the "Bluestone Defendants"). The United States, the Bluestone Defendants, and Relator have executed a settlement agreement. (Doc. 34-1). The State of Florida and State of Minnesota have also joined the United States in the proposed settlement and notice. (Doc. 34 at 1 n.2). The United States thus wants to intervene action against the Bluestone Defendants. But it declines to intervene as to all other named Defendants.

In asking to intervene, the United States also requests the Court unseal the Relator's Amended Complaint (Doc. 24), its Notice (Doc. 34), and all future filings in this action. But it wants all other papers on file in this action to remain under seal. After careful consideration, the Court finds good cause to grant the requested relief.

Accordingly, it is

**ORDERED:**

1. The United States of America's Notice of Election to Intervene, In Part, for Purposes of Settlement and to Decline to Intervene, In Part is **GRANTED**. (Doc. 34).

2. The Clerk is **DIRECTED** to **lift the seal** on the Amended Complaint (Doc. 24), the United States of America's Notice of Election to Intervene (Doc. 34), this Order, and all future filings in this action. **But all other documents filed in this case to date must remain under seal.**

3. The Clerk is **DIRECTED** to serve copies of all future pleadings, orders, and notices of appeal filed in this case on the Government.

**DONE** and **ORDERED** in Fort Myers, Florida on June 3, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record