UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LISA LOSCALZO, Relator,

    Plaintiff,

v.                                      Case No.:   2:20-cv-295-SPC-NPM

BLUESTONE PHYSICIAN
SERVICES OF FLORIDA, LLC,
BLUESTONE PHYSICIAN
SERVICES, P.A., BLUSTONE
NATIONAL, LLC, TIMOTHY
KOEHLER, SARAH KEENAN,
TODD STIVLAND, ALL
MINNESOTA RESIDENTS,
WINDROSE HEALTH
INVESTORS, LLC, WINDROSE
MEDICAL PROPERTIES LP, THE
BLUEVENTURE FUND and
SANDBOX INDUSTRIES,

    Defendants.
_____/

## **ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1). (Doc. 36). Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to dismiss an action voluntarily before the opposing party serves either an answer or a motion for summary judgment. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action voluntarily if a stipulation of dismissal is signed by all

parties who have appeared. Both dismissals are effective upon filing and require no further action by the Court. *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012).

No defendant has filed an answer or a motion for summary judgment, and the stipulation is signed by all parties who have appeared.

Accordingly, it is now

**ORDERED:**

1. The Relator's Amended Complaint (Doc. 24) is **DISMISSED** in its entirety, including any non-settling defendants, and **with prejudice** as to Relator.

2. All claims against the Bluestone Defendants regarding the "Covered Conduct" (as defined in the Settlement Agreement) are **DISMISSED with prejudice** as to the United States, the State of Florida, and the State of Minnesota.

3. Any remaining claims in this action against the Bluestone Defendants and any claims against other defendants named in the Amended Complaint are **DISMISSED with prejudice** as to Relator and **without prejudice** as to the United States, the State of Florida, and the State of Minnesota.

**DONE** and **ORDERED** in Fort Myers, Florida on July 23, 2024.

                                                SHERI POLSTER CHAPPELL
                                                UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record